EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> Alejandro G. Carrasco Castillo | 2020 TSPR 13 <br><br> 203 DPR _____ |

Número del Caso:  TS-8193

Fecha:  24 de enero de 2020

Materia:  La suspensión será efectiva una vez advenga final y firme la Resolución conforme la Regla 45 del Reglamento del Tribunal Supremo sobre reconsideración.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*

Alejandro G. Carrasco Castillo        TS-8193

RESOLUCIÓN

En San Juan, Puerto Rico, a 24 de enero de 2020.

Evaluada la *Moción en cumplimiento con resolución dictada y notificada 2 de enero de 2020*, presentada por el Lcdo. Alejandro G. Carrasco Castillo, se ordena su suspensión provisional del ejercicio de la abogacía y la notaría. Además, ordenamos que nos mantenga informados sobre el estado del proceso penal que obra en su contra en el Tribunal de Distrito Federal de los Estados Unidos para el Distrito de Puerto Rico en el caso United States of America v. Alejandro Carrasco Castillo, Caso Núm. 3:14-cr-00423. Se le apercibe al señor Carrasco Castillo que, de ser el caso, una vez el foro federal dicte sentencia condenatoria y esta advenga final y firme, procederemos a suspenderlo de manera indefinida de la profesión legal.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

José Ignacio Campos Pérez
Secretario del Tribunal Supremo